LILLIE M HENNESSEY, Respondent, *v.* KNIGHTS OF COLUMBUS, Appellant.

(Argued April 25, 1934; decided May 29, 1934.)

*John F. DeAngeli* and *Luke E. Hart* for appellant
*Samuel Herbsman* and *Samuel Aleyner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, HUBBS and CROUCH, JJ. O'BRIEN, J., dissents on the ground that the action was not commenced within a year after the cause of action accrued.